**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6648**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TYRONE YOUNG,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.  James P. Jones, Senior District Judge.  (4:18-cr-00017-JPJ-1)

_____

Submitted:  November 22, 2022                    Decided:  November 29, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tyrone Young, Appellant Pro Se.  Kari Kristina Munro, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Young appeals the district court's order denying his motions for relief under Fed. R. Civ. P. 52(b) and 59(e) and for leave to supplement his motion. We have reviewed the record and discern no reversible error. Accordingly, we affirm. *United States v. Young*, No. 4:18-cr-00017-JPJ-1 (W.D. Va. May 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
